NUMBER
13-02-570-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

JIMMY NEIL FARMER,                                                           Appellant,

 

                                                   v.

 

KIMBERLY JOYCE FARMER,                                                    Appellee.

___________________________________________________________________

 

                        On
appeal from the 130th District Court 

                                of Matagorda County, Texas

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, JIMMY NEIL FARMER, attempted to perfect an
appeal from a judgment entered by the 130th District Court of Matagorda County, Texas, in cause number 00-J-0480-D.  Judgment in this cause was signed on October 19, 2000.  No timely
motion for new trial was filed.  Pursuant
to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on November 18, 2000, but was not filed until October
21, 2002.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, appellant has failed to correct the
defect.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to correct
the defect, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 19th day
of December, 2002.